UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER ALLEN,

    Plaintiff,                                             Case No: 14-12219
                                                        Honorable Victoria A. Roberts

vs

EQUIFAX INFORMATION SERVICES,
LLC., et al,

    Defendants.
_____/

## **JUDGMENT**

    In accordance with the Order Granting Defendant's Motion for Sanctions and Dismissing Case entered on February 13, 2015, judgment is entered in favor of Defendants and against Plaintiff.

    Dated at Detroit, Michigan, on the 13th of February 2015.

                                                              David Weaver
                                                              Clerk of the Court

                                          By:    S/Carol A. Pinegar
                                                      Deputy Clerk

Approved:

S/Victoria A. Roberts
United States District Judge